UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EILEEN M. RILEY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:08CV00206 ERW |
| U.S. BANK, et al. | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion for Urgent Request for the Court to Cease Foreclosure and Sale of Plaintiff's Home Scheduled for October 7, 2008 [doc. 21]. Plaintiff filed this lawsuit on February 8, 2008, alleging employment discrimination based upon age and gender. On October 2, 2008, Plaintiff filed the pending Motion, stating that she has received notice that her mortgage is in default and that the foreclosure sale of her house is scheduled for October 7, 2008 at 11:15 a.m. In her Motion, Plaintiff asks that the Court cease the pending foreclosure and sale of her house, and asks that her address be removed from the CRN foreclosure list. On October 2, 2008, the Court ordered that a hearing on this Motion would be held on October 3, 2008, at 9:00 a.m. Counsel for U.S. Bank and the law firm of Millsap & Singer, P.C. appeared, but Plaintiff failed to appear for this hearing.

It appears to the Court that the information Plaintiff provided in her Motion is insufficient to justify her requested relief. Accordingly, her Motion will be denied. Additionally, the Court notes that Plaintiff has repeatedly asked that the Court appoint counsel to represent her in this matter. If Plaintiff persists in her request for the appointment of counsel, she must contact Chambers and appear to give a statement under oath to justify her request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Urgent Request for the Court to Cease Foreclosure and Sale of Plaintiff's Home Scheduled for October 7, 2008 [doc. 21] is **DENIED.**

Dated this 3rd day of October, 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE