UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EILEEN M. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No. 4:08CV00206 ERW |
| ) | |
| US BANK, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to File a Second Amended Complaint [doc. #29]. A hearing was held on December 11, 2008, and the Court heard arguments from the Parties on this Motion. The Case Management Order set a deadline for the joinder of parties and the amendment of pleadings on May 16, 2007. Leave to amend a complaint "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). The Court finds that Plaintiff has not shown any reason or need for this amendment, and her Motion will be denied. However, the Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interest of justice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File a Second Amended Complaint [doc. #29] is **DENIED.**

**IT IS FURTHER ORDERED** that Alice M. Treumann, MUELLER AND HALLER, LLC, 1600 South Brentwood, Suite 725, Brentwood, MO, 63144, phone 314-961-9822, fax, is appointed to represent plaintiff in this matter. The Clerk of the Court shall provide plaintiff's newly-appointed counsel with any requested copies from the Court file at no cost.

Dated this 12th day of December, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE