UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EILEEN M. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV00206 ERW |
| ) | |
| US BANK, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Pro Se Plaintiff's Motion for Reconsideration of Summary Judgment, Motion for Leave to File Additional Memoranda, and Motion to Consolidate Case [doc. #68]. The Court fully reviewed all pleadings and memoranda submitted by the parties prior to ruling on Defendant's Motion for Summary Judgment [doc. #54]. Plaintiff's Motion for Reconsideration and additional relief is without merit and will be denied. The Court's previous Memorandum and Order [doc. #66] and Judgment [doc. #67] remain in effect.

Accordingly,

**IT IS HEREBY ORDERED** that Pro Se Plaintiff's Motion for Reconsideration of Summary Judgment, Motion for Leave to File Additional Memoranda, and Motion to Consolidate Case [doc. #68] are **DENIED**.

Dated this 16th Day of September, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE